IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FENNER INVESTMENTS, LTD. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:07-CV-08 LED |
| | § | |
| MICROSOFT CORPORATION, ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Fenner Investments, Ltd. hereby enters this Notice of Voluntary Dismissal without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure against Defendants Sony Computer Entertainment Inc., Sony Computer Entertainment America, Inc., Sony Electronics, Inc., Sony Corporation, and Sony Corporation of America.

Respectfully submitted this 21st day of February, 2007,

*/s/ Robert M. Chiaviello, Jr.*
Robert M. Chiaviello, Jr.
Texas Bar No. 04190720
**Lead Attorney**
Brett C. Govett
Texas Bar No. 08235900

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: bobc@fulbright.com
Email: bgovett@fulbright.com

COUNSEL FOR PLAINTIFF
FENNER INVESTMENTS, LTD.

25748195.1

OF COUNSEL

| | |
|---|---|
| Otis W. Carroll | T. John Ward, Jr. |
| Texas Bar No.  03895700 | Texas Bar No. 00794818 |
| IRELAND, CARROLL & KELLEY, P.C. | LAW OFFICE OF T. JOHN WARD, JR., P.C. |
| 6101 South Broadway | 109 W. Tyler |
| P.O. Box 7879 | P.O. Box 1231 |
| Tyler, Texas 75711-7879 | Longview, Texas 75606-1231 |
| Telephone:  (903) 561-1600 | Telephone: (903) 757-6400 |
| Facsimile:  (903) 581-1071 | Facsimile: (903) 757-2323 |
| Email: otiscarroll@icklaw.com | Email: jw@jwfirm.com |

Franklin Jones, Jr.
Texas Bar No.  00000055
201 West Houston Street
P.O. Box 1249
Marshall, Texas 75671-1249
Telephone:  (903) 938-4395
Facsimile: (903) 938-33604395
Email: maizieh@millerfirm.com