# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **FENNER INVESTMENTS, LTD.** § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL ACTION NO. 6:07-CV-08 LED |
| § | |
| **MICROSOFT CORPORATION, ET AL.** § | |
| § | |
| DEFENDANTS. § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO THE NINTENDO DEFENDANTS' MOTION TO STRIKE INFRINGEMENT CONTENTIONS

Before the Court is Fenner's Unopposed Motion to Extend Deadline to Respond to the Nintendo Defendants' Motion to Strike Infringement Contentions. The Court is of the opinion that the motion for extension should be granted.

It is therefore ORDERED that the deadline for Fenner to respond to the Nintendo Defendants' Motion to Strike Infringement Contentions is extended up to and including September 7, 2007.

**So ORDERED and SIGNED this 31st day of August, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**