**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **FENNER INVESTMENT, LTD**<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | **CASE NO. 6:07-CV-8 LED** |
| **MICROSOFT CORPORATION, et al.**<br>Defendants. | §<br>§<br>§ | |

**FINAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and consistent with the Court's Memorandum Opinion and Order granting summary judgment in favor of Defendants against Fenner Investment, LTD finding that Defendants' accused products do not infringe U.S. Patent No. 6,297,751 (the "'751 patent") as a matter of law, the Court:

- **DECLARES,** under 28 U.S.C. § 2201, that Defendants' accused products do not infringe the '751 patent, and

- **ORDERS AND ENTERS FINAL JUDGMENT** in favor of Defendants.

All pending motions not previously resolved or specifically granted are **DENIED**.

So ORDERED and SIGNED this 3rd day of June, 2009.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**